Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Zenithen Holdings Corp.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **99-2624685** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6127 S. Napa Street**<br>**Spokane, WA 99223**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Spokane**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

24-01077-FPC11    Doc 1    Filed 07/03/24    Entered 07/03/24 11:21:35    Pg 1 of 35

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4232__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

24-01077-FPC11    Doc 1    Filed 07/03/24    Entered 07/03/24 11:21:35    Pg 2 of 35

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
               Contact name _____
               Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

24-01077-FPC11   Doc 1   Filed 07/03/24   Entered 07/03/24 11:21:35   Pg 4 of 35

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/03/2024___
MM / DD / YYYY

**X** /s/ Justin Langdon _____
Signature of authorized representative of debtor

Title **President** _____

Justin Langdon _____
Printed name

**18. Signature of attorney**

**X** /s/ Dan O'Rourke _____
Signature of attorney for debtor

Date ___7/03/2024___
MM / DD / YYYY

**Dan O'Rourke** _____
Printed name

**Southwell & O'Rourke, P.S.** _____
Firm name

**421 W. Riverside Avenue
Suite 960
Spokane, WA 99201** _____
Number, Street, City, State & ZIP Code

Contact phone **509-624-0159** _____    Email address **dorourke@southwellorourke.com** _____

**4911 WA** _____
Bar number and State

24-01077-FPC11    Doc 1    Filed 07/03/24    Entered 07/03/24 11:21:35    Pg 5 of 35

**United States Bankruptcy Court**
**Eastern District of Washington**

In re:    ZENITHEN USA, LLC                              Case No. **24-**

                                                                                    Chapter **11**

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

    **I, JUSTIN LANGDON,** declare under penalty of perjury that I am the Sole Member and Manager of ZENITHEN HOLDINGS CORP., a State of Washington Corporation, and that on July 3, 2024, the following resolution was duly adopted by the Board of Directors of this Limited Liability Company.

    "Whereas, it is in the best interest of this State of Washington Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Justin Langdon, Shareholder, of this State of Washington Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the State of Washington Corporation; and

    Be It Further Resolved, that, Justin Langdon, Shareholder, of this State of Washington Corporation, is authorized and directed in all bankruptcy proceedings on behalf of the State of Washington Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the State of Washington Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that Justin Langdon, Shareholder, of this State of Washington Corporation, is authorized and directed to employ Southwell & O'Rourke, P.S., to represent the State of Washington Corporation in such bankruptcy case."


Executed on: 7/3/2024                          Signed: /s/ Justin Langdon _____

                                                                    JUSTIN LANGDON, Sole Member/Manager

**Fill in this information to identify the case:**

Debtor name    **Zenithen Holdings Corp.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **Schedules I and J**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/03/2024**      *X* **/s/ Justin Langdon**
                                               Signature of individual signing on behalf of debtor

                                               **Justin Langdon**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name      **Zenithen Holdings Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
       Copy line 88 from *Schedule A/B*.............................................................    $ _____**0.00**

    **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................    $ _____**1,091,452.00**

    **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................    $ _____**1,091,452.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**750,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................    $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$ _____**2,140,959.40**

4.    Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $ _____**2,890,959.40**

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Deposits of Money** | | | **$1,091,452.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$1,091,452.00**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **1,214,000.00 (See Ex. 2)** | **0.00** = .... | **$0.00** |
|---|---|---|---|
| | face amount | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$0.00** |

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,091,452.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,091,452.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,091,452.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Huntington Bank**
Creditor's Name

**5555 Cleveland Avenue**
**Columbus, OH 43231**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Deposits of Money/Accounts Receivables**    **$705,000.00**    **$2,364,000.00**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**   **Huntington Bank**
Creditor's Name

**5555 Cleveland Avenue**
**Columbus, OH 43231**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Deposits of Money/Accounts Receivable**    **$45,000.00**    **$2,364,000.00**

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

24-01077-FPC11    Doc 1    Filed 07/03/24    Entered 07/03/24 11:21:35    Pg 12 of 35

Debtor    **Zenithen Holdings Corp.**                          Case number (*if known*) _____
          _____
          Name

■ No

☐ Yes. Specify each creditor,          ☐ Contingent
   including this creditor and its       ☐ Unliquidated
   relative priority.                    ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$750,000.00** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name __**Zenithen Holdings Corp.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,800.00**

**Andrew Frankel**
**4873 Kennedy Lane**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Andrew Frankel**
**4873 Kennedy Lane**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.71**

**Coterie Insurance**
**4455 Carver Woods Dr. #100**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No   ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Esbenshades**
**546 A East 28th Division Highway**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

24-01077-FPC11     Doc 1     Filed 07/03/24     Entered 07/03/24 11:21:35     Pg 14 of 35

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,271.39 |
|---|---|---|---|

**Eureka Sales**
**807 SW I Street, Suite 7**
**Bentonville, AR 72712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Farmers Insurance**
**6301 Owensworth Avenue**
**Woodland Hills, CA 91367**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,359.63 |
|---|---|---|---|

**Fuzhou JDM Electronic Tech Co. Ltd.**
**Rm1125, Building 5**
**Taiho City Square, Zhenbanzhong Roa**
**Jinan District**
**Fuzhou, Fujian**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,782,267.84 |
|---|---|---|---|

**HK Mac Industries (Shanghai) Co Ltd**
**1888 East Weiging Rd**
**Jinshaunzui Industry Zone**
**Jinshan Shanghai CHINA 201508**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Justin Langdon**
**6127 S. Napa**
**Spokane, WA 99223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Mark Krohn**
**Attorney at Law**
**33 Merz Blvd**
**Akron, OH 44333**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,674.81 |
|---|---|---|---|

**Maximum Sales**
**825 Nicollet Mall, Suite 225**
**Minneapolis, MN 55402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

24-01077-FPC11    Doc 1    Filed 07/03/24    Entered 07/03/24 11:21:35    Pg 15 of 35

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,806.03 |
|---|---|---|---|

**Strategic Sales and Carey**
**3380 Commercial Blvd**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,790.69 |
|---|---|---|---|

**Tesla Finance**
**3500 Deer Creek Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Verizon Wireless**
**1095 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,522.70 |
|---|---|---|---|

**Zheijiang Wuyi Zhongmai**
**Arts and Crafts Manufacture Co Ltd**
**Wenxing Road 9/Cultural & Trouism**
**Products Industrial Zone**
**Wuyi County, Jinhua City**
**Zhejiang 321000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Last 4 digits of account number** _

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,129.60 |
|---|---|---|---|

**Zhejiang Onetime Leisure Products**
**Co., Ltd.**
**No. 128 Yinta St**
**Tangxi Town, Jinhua City,**
**Zhejiang China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Moving, LLC**<br>**c/o Mark Krohn**<br>**33 Merz Blvd**<br>**Fairlawn, OH 44333** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ |

**5b. Total claims from Part 2**

5b.  +  $                     0.00
                      2,140,959.40

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.  $                 2,140,959.40

Debtor name  **Zenithen Holdings Corp.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Debtor name  **Zenithen Holdings Corp.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |

1
DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
2
960 Paulsen Center
W. 421 Riverside Avenue
3
Spokane, WA 99201
(509) 624-0159

4

UNITED STATES BANKRUPTCY COURT

5

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

6

| In re: | No.: **24-** |
|---|---|
| 7 | |
| **ZENITHEN HOLDINGS CORP.,** | Chapter **11** |
| 8 | |
| 9 Debtor. | **SCHEDULES I & J** |

10

      Debtor is going to operate the business to the extent needed to properly

11

liquidate.

12

      DATED this 3rd day of July, 2024.

13

14

                              ZENITHEN HOLDINGS CORP.

15

16

                              By: /s/ Justin Langdon
17
                              JUSTIN LANGDON, President

18

19

20

21

22

23

24

25

Schedules I & J-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

Fill in this information to identify the case:

Debtor name **Zenithen Holdings Corp.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,763,199.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,039,106.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,652,703.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Exhibit 1 attached. All payments made in the ordinary course of business.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Exhibit 1 attached. All in ordinary course of business since formation.** | | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Southwell & O'Rourke, P.S.**<br>**421 W. Riverside Avenue**<br>**Suite 960**<br>**Spokane, WA 99201** | See 2016 Disclosure | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Registered Agent** **1401 21st, Suite R** **Sacramento, CA 95811** | **5/21/24 - Current** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Allsize Storage** | **Andrew Frankel** | **Product sample/files. Will be empty 6/28/24** | ■ No<br>☐ Yes |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Danita Cleveland**<br>**9264 Monte Vista Street**<br>**Alta Loma, CA 91701** | **2012-6/28/24** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Banta Accounting**<br>**6371 Haven Ave, Ste 3-321**<br>**Rancho Cucamonga, CA 91737** | **2020-4/30/24** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **Justin Langdon**<br>**6127 S. Napa**<br>**Spokane, WA 99223** | **Believe all available.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Justin Langdon** | **6127 S. Napa**<br>**Spokane, WA 99223** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew Frankel | 4873 Kennedy Lane Yorba Linda, CA 92886 | President | 2012-4/30/24. Sold company April, 2024. |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **7/03/2024**
_____

**/s/ Justin Langdon**                          **Justin Langdon**
_____                  _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Zenithen Holdings Corp.**          Case No. _____

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $ _____*_____

   Prior to the filing of this statement I have received ......................... $ _____*_____

   Balance Due ............................................................................................. $ _____*_____

2. $ __**1,738.00**__ of the filing fee has been paid.      $5,928.75 received for pre-petition fees and expenses.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:      $17,333.25 held in client trust. $425.00 per hour for Dan O'Rourke and $400.00 per hour for Kevin O'Rourke, plus costs.

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__7/03/2024__
*Date*

     **/s/ Dan O'Rourke**
     **Dan O'Rourke**
     *Signature of Attorney*
     **Southwell & O'Rourke, P.S.**
     **421 W. Riverside Avenue**
     **Suite 960**
     **Spokane, WA 99201**
     **509-624-0159  Fax: 509-624-9231**
     **dorourke@southwellorourke.com**
     *Name of law firm*

---

In re   **Zenithen Holdings Corp.**                       Case No.                             
                                            Debtor(s)          Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **7/03/2024**                            **/s/ Justin Langdon**
                                                **Justin Langdon**/**President**
                                                  Signer/Title

ZENITHEN HOLDINGS CORP.
6127 S. NAPA STREET
SPOKANE, WA 99223


DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
421 W. RIVERSIDE AVENUE
SUITE 960
SPOKANE, WA 99201


ANDREW FRANKEL
4873 KENNEDY LANE
YORBA LINDA, CA 92886


COTERIE INSURANCE
4455 CARVER WOODS DR. #100
CINCINNATI, OH 45242


ESBENSHADES
546 A EAST 28TH DIVISION HIGHWAY
LITITZ, PA 17543


EUREKA SALES
807 SW I STREET, SUITE 7
BENTONVILLE, AR 72712


FARMERS INSURANCE
6301 OWENSWORTH AVENUE
WOODLAND HILLS, CA 91367


FUZHOU JDM ELECTRONIC TECH CO. LTD.
RM1125, BUILDING 5
TAIHO CITY SQUARE, ZHENBANZHONG ROA
JINAN DISTRICT
FUZHOU, FUJIAN

```
HK MAC INDUSTRIES (SHANGHAI) CO LTD
1888 EAST WEIGING RD
JINSHAUNZUI INDUSTRY ZONE
JINSHAN SHANGHAI CHINA 201508


HUNTINGTON BANK
5555 CLEVELAND AVENUE
COLUMBUS, OH 43231


JUSTIN LANGDON
6127 S. NAPA
SPOKANE, WA 99223


MARK KROHN
ATTORNEY AT LAW
33 MERZ BLVD
AKRON, OH 44333


MAXIMUM SALES
825 NICOLLET MALL, SUITE 225
MINNEAPOLIS, MN 55402


MOVING, LLC
C/O MARK KROHN
33 MERZ BLVD
FAIRLAWN, OH 44333


STRATEGIC SALES AND CAREY
3380 COMMERCIAL BLVD
NORTHBROOK, IL 60062


TESLA FINANCE
3500 DEER CREEK ROAD
PALO ALTO, CA 94304


VERIZON WIRELESS
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
```

ZHEIJIANG WUYI ZHONGMAI
ARTS AND CRAFTS MANUFACTURE CO LTD
WENXING ROAD 9/CULTURAL & TROUISM
PRODUCTS INDUSTRIAL ZONE
WUYI COUNTY, JINHUA CITY
ZHEJIANG 321000


ZHEJIANG ONETIME LEISURE PRODUCTS
CO., LTD.
NO. 128 YINTA ST
TANGXI TOWN, JINHUA CITY, ZHEJIANG
CHINA

Payments Since I Purchased Business

| Details | Posting Date | Payee Name | Description | Amount Over Combined Bills $6.00 Undisputed Bills | Type | Check or Slip # | Notes |
|---|---|---|---|---|---|---|---|
| DEBIT | 6/7/2024 | Car Insurance | ORIG CO NAME:Farmers Ins Exch ORI | $ (225.00) | ACH_DEBIT | | |
| DEBIT | 5/17/2024 | Car Lease, Old owner prepay | ORIG CO NAME:TESLA FINANCE LL OR | $ (930.23) | ACH_DEBIT | | Old owners Company Card, Closed out. Company Expenses |
| DEBIT | 6/14/2024 | Credit Card Expenses | Payment to Chase card ending in 7323 0 | $ (6,157.92) | LOAN_PYT | | |
| CHECK | 5/10/2024 | | CHECK 4080 | $ (5,086.00) | CHECK_PAID | 4080 | Old owner transferred money to pay bonuses per agreement |
| DEBIT | 5/14/2024 | Dantia Cleveland Bonus/Vacation Pay | ORIG CO NAME:ADP - TAX ORI | $ (54,490.71) | ACH_DEBIT | | |
| DEBIT | 6/28/2024 | Dantia Cleveland Bonus/Vacation Pay | ORIG CO NAME:ADP - TAX ORI | $ (24,186.18) | WIRE_OUTGOING | | Old owner transferred money to pay bonuses per agreement |
| DEBIT | 5/15/2024 | Eureka Sales Rep | ONLINE DOMESTIC WIRE TRANSFER VIA | $ (3,302.32) | WIRE_OUTGOING | | Old owner transferred money to pay bonuses per agreement |
| DEBIT | 6/7/2024 | Eureka Sales Rep | DH.LONTI00088072418-072-2008 FL | | DEBIT_CARD | | |
| DEBIT | 6/13/2024 | Expense | FEDEX78512656 800-4633339 TN | $ (782.82) | DEBIT_CARD | | |
| DEBIT | 6/7/2024 | Expense | INTUIT *Qboots Onlin CLINTUIT.COM C | $ (528.17) | DEBIT_CARD | | |
| DEBIT | 5/21/2024 | Expense | Online Payment 20846618782 To UNITE | $ (209.85) | BILLPAY | | |
| DEBIT | 5/22/2024 | Expense | Online Payment 20857365148A To Kent N | $ (225.69) | BILLPAY | | |
| DEBIT | 6/18/2024 | Expense | ORIG CO NAME:ACHMA VISB | $ (217.78) | ACH_DEBIT | | |
| DEBIT | 4/29/2024 | Expense | ORIG CO NAME:ADP - TAX ORIG II | $ (1,245.53) | ACH_DEBIT | | |
| DEBIT | 5/29/2024 | Expense | ORIG CO NAME:ADP - TAX ORIG II | $ (1,267.54) | ACH_DEBIT | | |
| DEBIT | 6/13/2024 | Expense | ORIG CO NAME:ADP - TAX | $ (1,267.54) | ACH_DEBIT | | |
| DEBIT | 5/14/2024 | Expense | ORIG CO NAME:ADP PAY-BY-PAY OF | $ (430.60) | ACH_DEBIT | | |
| DEBIT | 4/29/2024 | Expense | ORIG CO NAME:ADP WAGE PAY OF | $ (3,701.02) | ACH_DEBIT | | |
| DEBIT | 5/29/2024 | Expense | ORIG CO NAME:ADP WAGE PAY OF | $ (3,792.01) | ACH_DEBIT | | |
| DEBIT | 6/13/2024 | Expense | ORIG CO NAME:ADP WAGE PAY OF | $ (3,792.01) | ACH_DEBIT | | |
| DEBIT | 5/13/2024 | Expense | ORIG CO NAME:ADP WAGE PAY ORI | $ (2,533.01) | ACH_DEBIT | | |
| DEBIT | 6/20/2024 | Expense | ORIG CO NAME:DHL EXPRESS OR | $ (846.86) | ACH_DEBIT | | |
| DEBIT | 5/9/2024 | Expense | RHODE ISLAND PROFI LICE E.GOV.COM \ | $ (720.00) | CHASE_TO_PARTNERFI | | |
| DEBIT | 5/14/2024 | Expense | Zelle payment to Rich Walsh JPP99hp0h | $ (13,584.94) | ACH_DEBIT | | |
| DEBIT | 5/13/2024 | Judy Matezas Bonus/Vacation Pay | ORIG CO NAME:ADP WAGE PAY OR | $ (20,000.00) | WIRE_OUTGOING | | |
| DEBIT | 6/14/2024 | Justin Langdon Exp Reimburse | ONLINE DOMESTIC WIRE TRANSFER VIA | $ (2,043.90) | WIRE_OUTGOING | | |
| DEBIT | 6/14/2024 | Maximum Sales Rep | ONLINE DOMESTIC WIRE TRANSFER VIA | $ (436.71) | DEBIT_CARD | | |
| DEBIT | 6/20/2024 | Monthly Insurance | COTERIE INSURANCE COTERIENSURAI \ | $ (530.32) | ACH_PAYMENT | | |
| DEBIT | 6/12/2024 | Owner Note Payment | Online ACH Payment 11134711382 To A | | ACH_PAYMENT | | |
| DEBIT | 6/11/2024 | Payroll fees | Basic Online Payroll Payment 11134656 \ | $ (334.19) | BASIC_PAYROLL | | |
| DEBIT | 5/1/2024 | Product Liability Insurance Expense | ORIG CO NAME:THE HANOVER INSU | $ (8,557.10) | ACH_DEBIT | | |
| DEBIT | 6/3/2024 | Product Liability Insurance Expense | ORIG CO NAME:THE HANOVER INSU | $ (8,557.10) | ACH_DEBIT | | |
| DEBIT | 6/17/2024 | Sams Portal | Online ACH Payment 11135259000 To S \ | $ (1,250.00) | ACH_PAYMENT | | |
| DEBIT | 4/30/2024 | Sams Portal | ONLINE DOMESTIC WIRE TRANSFER VIA | $ (2,500.00) | WIRE_OUTGOING | | |
| DEBIT | 5/8/2024 | Sourcing - Vivan Lee | ONLINE INTERNATIONAL WIRE TRANSFER | $ (1,200.00) | WIRE_OUTGOING | | |
| DEBIT | 6/4/2024 | Sourcing - Vivan Lee | ONLINE INTERNATIONAL WIRE TRANSFER | $ (2,500.00) | WIRE_OUTGOING | | |
| DEBIT | 5/17/2024 | Wellman Sales Rep | ONLINE DOMESTIC WIRE TRANSFER VIA | $ (2,549.44) | WIRE_OUTGOING | | |
| DEBIT | 5/10/2024 | Yiyang Factory | ONLINE INTERNATIONAL WIRE TRANSFER | $ (41,080.00) | WIRE_OUTGOING | | Paid back lawyer fees and travel expenses. Not a member draw |
| DEBIT | 5/22/2024 | Zenithen HK Factory/Mac Sports Shanghai | ONLINE INTERNATIONAL WIRE TRANSFER | $ (336,875.94) | WIRE_OUTGOING | | |



EXHIBIT 1

A/R Pymts Due

| STATUS? | Factory | Ship Date | INV# | Customer | PO# | PO Amount | Payment Terms | Payment Due Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **2024 USA Customer Pending Payments** | | | | | |
| Shipped | HK | 5/26/2024 | FZCHK24008 | Gabes | 273151<br>273155 | $30,852.00 | T/T 15 | 6/25/2024 | |
| Shipped | HK | 4/2/2024 | MACHK24026 | Sam's | 9835721009 | $33,936.42 | NET 90 | 6/26/2024 | |
| Shipped | HK | 4/2/2024 | MACHK24027 | Sam's | 9835721201 | $33,936.42 | NET 90 | 6/27/2024 | |
| Shipped | HK | 4/7/2024 | MACHK24029 | Sam's | 9835721353 | $33,936.42 | NET 90 | 7/1/2024 | |
| Shipped | Yiyang | 4/17/2024 | ZUSA149 | Esbenshades | ZENTAB424B | $25,912.00 | NET 60 | 7/1/2024 | |
| Shipped | HK | 4/9/2024 | MACHK24030 | Sam's | 9835721010 | $33,936.42 | NET 90 | 7/5/2024 | |
| Shipped | HK | 4/25/2024 | FZCHK24006 | Esbenshades | ZENBUN24F | $26,966.00 | NET 60 | 7/5/2024 | |
| Shipped | Yiyang | 4/26/2024 | ZUSA150 | Esbenshades | ZENBTAB124F | $25,912.00 | NET 60 | 7/5/2024 | |
| Shipped | HK | 3/29/2024 | MACHK24028 | Fred Meyer | 30855737 | $36,462.84 | OA90 | 7/10/2024 | |
| Shipped | HK | 4/16/2024 | MACHK24034 | Target | 0249-6556757-0581 | $10,112.60 | ROG 60 | 7/15/2024 | |
| Shipped | HK | 4/16/2024 | MACHK24036 | Target | 0249-6556757-0581 | $110,052.20 | ROG 60 | 7/15/2024 | |
| Shipped | HK | 4/17/2024 | MACHK24037 | Target.com | 0249-3885126-0581 | $37,850.00 | ROG 60 | 7/15/2024 | |
| Shipped | Zhongmao | 6/3/2024 | ZUSA151 | Esbenshades | ZENHEX24D | $39,654.70 | NET 60 | 7/15/2024 | |
| Shipped | HK | 4/23/2024 | MACHK24038 | Target.com | 0249-8606053-0581 | $17,626.00 | ROG 60 | 7/29/2024 | |
| Shipped | HK | 5/6/2024 | MACHK24039 | Target.com | 0249-3908755-3891 | $163,290.88 | ROG 60 | 7/29/2024 | |
| Shipped | HK | 5/6/2024 | MACHK24040 | Target.com | 0249-3908755-3891 | $12,957.84 | ROG 60 | 7/29/2024 | |
| Shipped | Zhongmao | 6/11/2024 | ZUSA152 | True Value | 202402202455W2900 | $27,617.40 | WT/NET 30 | 7/30/2024 | |
| Shipped | HK | 5/19/2024 | FZCHK24007 | Esbenshades | ZENBUN824B | $24,388.00 | NET 60 | 8/1/2024 | |
| Shipped | HK | 5/8/2024 | MACHK24041 | Target.com | 0249-7603035-0581 | $259,735.12 | ROG 60 | 8/5/2024 | |
| Shipped | HK | 5/8/2024 | MACHK24042 | Target.com | 0249-7603035-0581 | $19,235.46 | ROG 60 | 8/5/2024 | |
| Shipped | HK | 4/23/2024 | MACHK24035 | Fred Meyer | 32242774 | $36,356.52 | OA90 | 8/16/2024 | |
| Shipped | Zhongmao | 6/11/2024 | ZUSA152 | Esbenshades | ZENHEX24F | $39,654.70 | NET 60 | 8/23/2024 | |
| Shipped | Zhongmao | 6/15/2024 | ZUSA154 | Esbenshades | ZENDISH24D | $21,328.00 | NET 60 | 8/28/2024 | add to QB |
| Shipped | One Time | 6/23/2024 | ZUSA155 | True Value | 202404042022W2900 | $10,166.60 | WT/NET 30 | 8/1/2024 | add to QB |
| NOT Shipped | Yiyang | 6/20/2024 | | Esbenshades | ZENBTAB124F | $25,912.00 | NET 60 | | |
| NOT Shipped | Yiyang | 6/25/2024 | | Esbenshades | ZENTAB24F | $25,912.00 | NET 60 | | |
| NOT Shipped | Yiyang | 7/1/2024 | | Esbenshades | ZEN7TAB24D | $25,912.00 | NET 60 | | |
| NOT Shipped | HK | 7/15/2024 | | Esbenshades | ZENBUN824D | $24,388.00 | NET 60 | | |

$1,214,000.54

Summary

| Row Labels | Sum of PO Amount | | |
|---|---|---|---|
| CUSTOMER | AMOUNT DUE | | |
| Esbenshades | $ 305,939.40 | $ 102,124.00 | Not shipped (Factory could still sto|
| Fred Meyer | $ 72,819.36 | | |
| Gabes | $ 30,852.00 | | |
| Sam's | $ 135,745.68 | | |
| Target | $ 120,164.80 | | |
| Target.com | $ 510,695.30 | | |
| True Value | $ 37,784.00 | | |
| (blank) | | | |
| **Grand Total** | **$ 1,214,000.54** | | |